# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| GOODMAN, DENNIS T | § | Case No. 9-09-bk-02634-FMD |
| GOODMAN, KRISTEN R | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on    . The case was converted to one under Chapter 7 on    . The undersigned trustee was appointed on    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of       $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]       $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/DIANE L. JENSEN_____
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit A

| Case No: | 09-02634 | FMD | Judge: Caryl E. Delano | Trustee Name: | DIANE L. JENSEN |
|---|---|---|---|---|---|
| Case Name: | GOODMAN, DENNIS T | | | Date Filed (f) or Converted (c): | 05/05/10 (c) |
| | GOODMAN, KRISTEN R | | | 341(a) Meeting Date: | 06/08/10 |
| For Period Ending: | 01/24/13 | | | Claims Bar Date: | 09/13/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.10 | FA |
| 2. 3923 Ruxton Rd Naples | 270,000.00 | 0.00 | | 0.00 | FA |
| 3. BANK ACCOUNT(s) (Amended) | 1,039.16 | 259.79 | | 259.79 | FA |
| 4. BANK ACCOUNT(s) (Amended) | 7,649.75 | 4,649.75 | | 4,649.75 | FA |
| 5. BANK ACCOUNT(s) (Amended) | 636.55 | 636.55 | | 636.55 | FA |
| 6. FURNITURE; HH GOODS (Amended) | 5,240.00 | 4,440.00 | | 4,440.00 | FA |
| 7. BOOKS, PICTURES, AND OTHER ART | 200.00 | 0.00 | | 0.00 | FA |
| 8. CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 9. JEWELRY (Amended) | 5,500.00 | 3,640.00 | | 1,575.10 | FA |
| 10. FIREARMS AND HOBBY EQUIPMENT | 500.00 | 0.00 | | 80.00 | FA |
| 11. StateFarm - Universal | 2,500.00 | 0.00 | | 0.00 | FA |
| 12. Nationwide - TERM | 0.00 | 0.00 | | 0.00 | FA |
| 13. Nationwide TERM | 0.00 | 0.00 | | 0.00 | FA |
| 14. 2008 Jeep Wrangler | 33,992.00 | 0.00 | | 0.00 | FA |
| 15. 2007 Ford Expedition | 11,180.00 | 0.00 | | 0.00 | FA |
| 16. SALES TAX COLLECTED BY TRUSTEE (u) | Unknown | 4.80 | | 4.80 | FA |
| 17. CHAPTER 13 FUNDS (u) | 0.00 | 1,425.01 | | 1,425.01 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $338,937.46 | $15,055.90 | | $13,072.10 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

waiting on claims orders 11/13/12 Will close as soon as possible. 1/24/12

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 09-02634    FMD    Judge: Caryl E. Delano | Trustee Name:    DIANE L. JENSEN |
| Case Name: | GOODMAN, DENNIS T | Date Filed (f) or Converted (c):    05/05/10 (c) |
| | GOODMAN, KRISTEN R | 341(a) Meeting Date:    06/08/10 |
| | | Claims Bar Date:    09/13/10 |

1/13/12: Debtors paid in full. 3/18/11: Debtor(s) repurchasing non-exempt assets. Last payment due 3/15/12. 3/7/11: Do amended stip. 2/14/11: Debtor(s) repurchasing non-exempt assets. Last payment due 3/15/12 (stipulation is subject to change). 3/2/11: Order to vacate granted. 2/8/11: Motion to vacate turnover order and order on exemption dispute filed by debtors. 1/31/11: Dictated stip to repurchase starting 2/15/11 (14) plus surrender personalty; do notice of public sale. 1/4/11: Do motion for turnover. 10/21/10: Cancelled 2004. 10/18/10: O/E & motion for 2004 exam. 8/5/10: Dictated L with Kelley appraisal. 7/14/10: Order granting turnover of ch 13 funds to Debtor. 6/8/10: O/E and Joy L.

Initial Projected Date of Final Report (TFR): 02/20/13     Current Projected Date of Final Report (TFR): 02/20/13

p

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 09-02634 -FMD | | Trustee Name: | DIANE L. JENSEN |
|---|---|---|---|---|
| Case Name: | GOODMAN, DENNIS T | | Bank Name: | Bank of Kansas City |
| | GOODMAN, KRISTEN R | | Account Number / CD #: | *******0298  Checking Account |
| Taxpayer ID No: | *******6364 | | | |
| For Period Ending: | 01/24/13 | | Blanket Bond (per case limit): | $   750,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/13/12 | | Trsf In From Bank of America | INITIAL WIRE TRANSFER IN | 9999-000 | 11,320.35 | | 11,320.35 |
| 07/16/12 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 7.10 | 11,313.25 |
| 08/14/12 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 12.94 | 11,300.31 |
| 09/17/12 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 12.93 | 11,287.38 |
| 10/15/12 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 12.50 | 11,274.88 |
| 11/15/12 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 12.90 | 11,261.98 |
| 12/14/12 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 12.47 | 11,249.51 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 11,320.35 | 70.84 | 11,249.51 |
| Less:  Bank Transfers/CD's | 11,320.35 | 0.00 | |
| Subtotal | 0.00 | 70.84 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 70.84 | |

Page Subtotals    11,320.35    70.84

LFORM24  UST Form 101-7-TFR (5/1/2011) *(Page: 5)*                                    Ver: 17.01

p

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 09-02634 -FMD |
| Case Name: | GOODMAN, DENNIS T |
| | GOODMAN, KRISTEN R |
| Taxpayer ID No: | *******6364 |
| For Period Ending: | 01/24/13 |

| | |
|---|---|
| Trustee Name: | DIANE L. JENSEN |
| Bank Name: | Bank of America |
| Account Number / CD #: | *******3348  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $  750,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/04/10 | 17 | JON WAAGE #35637 | CHAPTER 13 FUNDS | 1280-000 | 1,425.01 | | 1,425.01 |
| 06/30/10 | 1 | Bank of America | Interest Rate  0.030 | 1270-000 | 0.03 | | 1,425.04 |
| 07/15/10 | 1 | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 1,425.06 |
| 07/15/10 | | Transfer to Acct #*******6466 | Final Posting Transfer | 9999-000 | | 1,425.06 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 1,425.06 | 1,425.06 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 1,425.06 | |
| Subtotal | | 1,425.06 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 1,425.06 | 0.00 | |

Page Subtotals        1,425.06        1,425.06

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 09-02634 -FMD | Trustee Name: | DIANE L. JENSEN |
|---|---|---|---|
| Case Name: | GOODMAN, DENNIS T | Bank Name: | Bank of America |
|  | GOODMAN, KRISTEN R | Account Number / CD #: | *******6466 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6364 |  |  |
| For Period Ending: | 01/24/13 | Blanket Bond (per case limit): | $ 750,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 07/15/10 |  | Transfer from Acct #*******3348 | Transfer In From MMA Account | 9999-000 | 1,425.06 |  | 1,425.06 |
| 07/16/10 | 001001 | DENNIS T GOODMAN and KRISTEN R. GOODMAN 3923 RUXTON RD. NAPLES, FL 34116 | RETURN OF CHAPTER 13 FUNDS per order 7/14/10 | 8100-002 |  | 1,425.06 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 1,425.06 | 1,425.06 | 0.00 |
| Less: Bank Transfers/CD's | 1,425.06 | 0.00 |  |
| Subtotal | 0.00 | 1,425.06 |  |
| Less: Payments to Debtors |  | 1,425.06 |  |
| Net | 0.00 | 0.00 |  |

Page Subtotals   1,425.06   1,425.06

p

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-02634 -FMD | Trustee Name: | DIANE L. JENSEN |
|---|---|---|---|
| Case Name: | GOODMAN, DENNIS T | Bank Name: | Bank of America |
| | GOODMAN, KRISTEN R | Account Number / CD #: | *******2604  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6364 | | |
| For Period Ending: | 01/24/13 | Blanket Bond (per case limit): | $   750,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/15/11 | 6 | DENNIS GOODMAN #1209 | REPURCHASE | 1129-000 | 1,322.23 | | 1,322.23 |
| | | | Order Doc #105 | | | | |
| 03/04/11 | 000101 | READ & KELLEY ESTATE SERVICES | APPRAISAL FEE | 3711-000 | | 201.00 | 1,121.23 |
| | | ATTN:  JOY AUGUSTINE | per order 8/13/10 | | | | |
| | | P. O. Box 3111 | invoice 7041 | | | | |
| | | North Fort Myers, FL 33918 | | | | | |
| 03/08/11 | 10, 16 | PAUL SUPENSKI #CASH | SALE OF ASSET | 1129-000 | 84.80 | | 1,206.03 |
| | | | Doc #85 | | | | |
| 03/08/11 | 6 | TIM TURNER #2137 | SALE OF ASSET | 1129-000 | 475.00 | | 1,681.03 |
| | | | Doc #85 | | | | |
| 03/08/11 | 9 | NJ BROEDER SALES #5387 | SALE OF ASSET | 1129-000 | 575.00 | | 2,256.03 |
| | | | Doc #85 | | | | |
| 03/14/11 | 000102 | THE NEWS-PRESS MEDIA GROUP | ADVERTISING ACCT 725774- NEWS-PRESS | 2990-000 | | 9.82 | 2,246.21 |
| | | P. O. Box 2950 | AUCTION 3/07/11 | | | | |
| | | Fort Myers, FL  33902 | | | | | |
| 03/15/11 | 5, 6 | DENNIS GOODMAN #1214 | REPURCHASE | 1129-000 | 835.36 | | 3,081.57 |
| | | | Order Doc #105 | | | | |
| 03/31/11 | 1 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.02 | | 3,081.59 |
| 04/01/11 | 000103 | FLORIDA DEPARTMENT OF REVENUE | SALES TAX CERT 46-8011954104-9 | 2820-000 | | 4.68 | 3,076.91 |
| | | 5050 W. TENNESSEE STREET | PERIOD MARCH 2011 | | | | |
| | | TALLAHASSEE, FL 32399-0125 | | | | | |
| 04/15/11 | 6 | Dennis Goodman #1223 | REPURCHASE | 1129-000 | 835.36 | | 3,912.27 |
| | | | Order Doc #105 | | | | |
| 04/29/11 | 1 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,912.30 |
| 05/16/11 | 3, 4 | DENNIS GOODMAN #1230 | REPURCHASE | 1129-000 | 835.36 | | 4,747.66 |
| | | | Order Doc #105 | | | | |
| 05/31/11 | 1 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,747.70 |
| 06/17/11 | 6 | Dennis Goodman  #1241 | REPURCHASE | 1129-000 | 835.36 | | 5,583.06 |

Page Subtotals        5,798.56        215.50

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-02634 -FMD | Trustee Name: | DIANE L. JENSEN |
|---|---|---|---|
| Case Name: | GOODMAN, DENNIS T | Bank Name: | Bank of America |
| | GOODMAN, KRISTEN R | Account Number / CD #: | *******2604  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6364 | | |
| For Period Ending: | 01/24/13 | Blanket Bond (per case limit): | $ 750,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/11 | 1 | Bank of America | Order Doc #105 Interest Rate 0.010 | 1270-000 | 0.04 | | 5,583.10 |
| 07/18/11 | 4 | Dennis T. Goodman #1247 | REPURCHASE | 1129-000 | 835.36 | | 6,418.46 |
| 07/29/11 | 1 | Bank of America | Order Doc #105 Interest Rate 0.010 | 1270-000 | 0.05 | | 6,418.51 |
| 08/16/11 | 4, 6 | DENNIS GOODMAN #1254 | REPURCHASE | 1129-000 | 835.36 | | 7,253.87 |
| 08/31/11 | 1 | Bank of America | Order Doc #105 Interest Rate 0.010 | 1270-000 | 0.06 | | 7,253.93 |
| 09/16/11 | 4 | DENNIS GOODMAN #1263 | REPURCHASE | 1129-000 | 835.36 | | 8,089.29 |
| 09/30/11 | 1 | Bank of America | Order Doc #105 Interest Rate 0.010 | 1270-000 | 0.06 | | 8,089.35 |
| 10/17/11 | 4 | Dennis Goodman #1270 | REPURCHASE | 1129-000 | 835.36 | | 8,924.71 |
| 10/31/11 | 1 | Bank of America | Order Doc #105 Interest Rate 0.010 | 1270-000 | 0.07 | | 8,924.78 |
| 10/31/11 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 10.79 | 8,913.99 |
| 11/15/11 | 4 | Dennis T Goodman #1279 | REPURCHASE | 1129-000 | 835.36 | | 9,749.35 |
| 11/30/11 | 1 | Bank of America | Order Doc #105 Interest Rate 0.010 | 1270-000 | 0.08 | | 9,749.43 |
| 11/30/11 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 11.50 | 9,737.93 |
| 12/12/11 | 9 | DENNIS GOODMAN #1287 | REPURCHASE | 1129-000 | 835.36 | | 10,573.29 |
| 12/30/11 | 1 | Bank of America | Order Doc #105 Interest Rate 0.010 | 1270-000 | 0.08 | | 10,573.37 |
| 12/30/11 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 12.62 | 10,560.75 |
| 01/13/12 | 4, 9 | Dennis T Goodman #1295 | REPURCHASE | 1129-000 | 835.36 | | 11,396.11 |
| 01/31/12 | 1 | Bank of America | Order Doc #105 Interest Rate 0.010 | 1270-000 | 0.10 | | 11,396.21 |
| 01/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 14.36 | 11,381.85 |
| 02/29/12 | 1 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,381.94 |
| 02/29/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 13.53 | 11,368.41 |

Page Subtotals      5,848.15      62.80

p

Page: 6

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 09-02634 -FMD | | Trustee Name: | DIANE L. JENSEN |
|---|---|---|---|---|
| Case Name: | GOODMAN, DENNIS T | | Bank Name: | Bank of America |
| | GOODMAN, KRISTEN R | | Account Number / CD #: | *******2604 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6364 | | | |
| For Period Ending: | 01/24/13 | | Blanket Bond (per case limit): | $ 750,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/30/12 | 1 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,368.50 |
| 03/30/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 13.98 | 11,354.52 |
| 04/30/12 | 1 | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | 0.10 | | 11,354.62 |
| 04/30/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 14.43 | 11,340.19 |
| 05/31/12 | 1 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.10 | | 11,340.29 |
| 05/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 14.41 | 11,325.88 |
| 06/13/12 | 1 | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 11,325.92 |
| 06/13/12 | | Bank of America 901 Main Street 10th Floor Dallas, TX 75283 | BANK FEES | 2600-000 | | 5.57 | 11,320.35 |
| 06/13/12 | | Trsf To Bank of Kansas City | FINAL TRANSFER | 9999-000 | | 11,320.35 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 11,647.04 | 11,647.04 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 11,320.35 | |
| Subtotal | 11,647.04 | 326.69 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 11,647.04 | 326.69 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********0298 | 0.00 | 70.84 | 11,249.51 |
| Money Market Account (Interest Earn - ********3348 | 1,425.06 | 0.00 | 0.00 |
| Checking Account (Non-Interest Earn - ********6466 | 0.00 | 0.00 | 0.00 |
| Money Market Account (Interest Earn - ********2604 | 11,647.04 | 326.69 | 0.00 |
| | 13,072.10 | 397.53 | 11,249.51 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.33 11,368.74

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

LFORM24

Ver: 17.01

p

Page: 7

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: | 09-02634 -FMD | |
| Case Name: | GOODMAN, DENNIS T | |
| | GOODMAN, KRISTEN R | |
| Taxpayer ID No: | *******6364 | |
| For Period Ending: | 01/24/13 | |

| | | |
|---|---|---|
| Trustee Name: | DIANE L. JENSEN | |
| Bank Name: | Bank of America | |
| Account Number / CD #: | *******2604  Money Market Account (Interest Earn | |
| Blanket Bond (per case limit): | $ | 750,000.00 |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account - ********0298 | | | | |
| | | | Money Market Account (Interest Earn - ********3348 | | | | |
| | | | Checking Account (Non-Interest Earn - ********6466 | | | | |
| | | | Money Market Account (Interest Earn - ********2604 | | | | |

Page Subtotals      0.00      0.00

| Page 1 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: January 24, 2013 |
|---|---|---|---|---|---|---|

Case Number: 09-02634  
Debtor Name: GOODMAN, DENNIS T  

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 03-1<br>050<br>4110-00 | FIFTH THIRD MORTGAGE COMPANY<br>5050 KINGSLEY DR 1MOC20<br>CINCINNATI OH 45263 | Secured | | $450,452.67 | $0.00 | $450,452.67 |
| | Subtotal For Claim Type 4110-00  Real Estate - Consensual Liens | | | $450,452.67 | $0.00 | $450,452.67 |
| 02-1<br>050<br>4210-00 | Ford Motor Credit Company LLC<br>Drawer 55-953<br>P O Box 55000<br>Detroit MI 48255-0953 | Secured | | $11,210.16 | $0.00 | $11,210.16 |
| 08-1<br>050<br>4210-00 | Bank of America, N.A.<br>P. O. Box 26012<br>NC4-105-03-14<br>Greensboro, NC 27420 | Secured | | $34,204.13 | $0.00 | $34,204.13 |
| 17-1<br>050<br>4210-00 | eCAST Settlement Corp<br>Assignee of HSBC Bank Nevada<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712 | Secured | | $2,100.00 | $0.00 | $2,100.00 |
| | Subtotal For Claim Type 4210-00  Personal Prop & Intang - | | | $47,514.29 | $0.00 | $47,514.29 |
| 09-1<br>050<br>4700-00 | Collier County Tax Collector<br>3301 Tamiami Trail East<br>Building C-1<br>Naples, FL 34112-4997 | Secured | | $3,728.20 | $0.00 | $3,728.20 |
| | Subtotal For Claim Type 4700-00  Real Property Tax Liens (pre-petiti | | | $3,728.20 | $0.00 | $3,728.20 |
| 01-1<br>070<br>7100-00 | Spirit of America National Bank/Lane Bryant<br>First Express<br>PO BOX 856132<br>LOUISVILLE, KY 40285-6132 | Unsecured | | $561.66 | $0.00 | $561.66 |
| 04-1<br>070<br>7100-00 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | | $9,164.93 | $0.00 | $9,164.93 |
| 05-1<br>070<br>7100-00 | Fifth Third Bank<br>Attn: Bankruptcy Department/MD#RSCB3E<br>1830 E Paris SE<br>Grand Rapids MI 49546 | Unsecured | | $35,338.33 | $0.00 | $35,338.33 |
| 06-1<br>070<br>7100-00 | Fifth Third Bank<br>Attn: Bankruptcy Department/MD#RSCB3E<br>1830 E Paris SE<br>Grand Rapids MI 49546 | Unsecured | | $4,219.43 | $0.00 | $4,219.43 |

| | | EXHIBIT A | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: January 24, 2013 |

Case Number: 09-02634  
Debtor Name: GOODMAN, DENNIS T

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 07-1 070 7100-00 | Sallie Mae, Inc. on behalf of UNITED STUDENT AID FUNDS, INC. Attn: Bankruptcy Litigation Unit E3149 P. O. Box 9430 Wilkes-Barre, PA 18773-9430 | Unsecured | | $13,798.31 | $0.00 | $13,798.31 |
| 10-1 070 7100-00 | PRA Receivables Management, LLC As Agent Of Portfolio Recovery Assocs. POB 41067 NORFOLK VA 23541 | Unsecured | | $7,538.20 | $0.00 | $7,538.20 |
| 11-1 070 7100-00 | American Express Bank FSB c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Unsecured | | $2,965.49 | $0.00 | $2,965.49 |
| 12-1 070 7100-00 | American Express Bank FSB c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Unsecured | | $12,081.31 | $0.00 | $12,081.31 |
| 13-1 070 7100-00 | American Express Bank FSB c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Unsecured | Duplicate of 11-1 | $0.00 | $0.00 | $0.00 |
| 14-1 070 7100-00 | Fifth Third Bank Attn: Bankruptcy Department/MD#RSCB3E 1830 E Paris SE Grand Rapids MI 49546 | Unsecured | | $51,742.87 | $0.00 | $51,742.87 |
| 15-1 070 7100-00 | American Express Centurion Bank c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Unsecured | | $21,950.69 | $0.00 | $21,950.69 |
| 16-1 070 7100-00 | Fifth Third Bank Attn: Bankruptcy Department/MD#RSCB3E 1830 E Paris SE Grand Rapids MI 49546 | Unsecured | Duplicate of 14-1 | $0.00 | $0.00 | $0.00 |
| 17-1 070 7100-00 | eCAST Settlement Corp Assignee of HSBC Bank Nevada Bass & Associates, P.C. 3936 E. Ft. Lowell Rd., Suite 200 Tucson, AZ 85712 | Unsecured | | $813.78 | $0.00 | $813.78 |
| 18-1 070 7100-00 | Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | Unsecured | | $8,001.19 | $0.00 | $8,001.19 |

| Page 3 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: January 24, 2013 |
|---|---|---|---|---|---|---|

Case Number:  09-02634   Claim Type Sequence
Debtor Name:  GOODMAN, DENNIS T

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 19-1<br>070<br>7100-00 | Ford Motor Credit Company LLC<br>Dept 55953<br>P O Box 55000<br>Detroit MI 48255-0953 | Unsecured | | $588.46 | $0.00 | $588.46 |
| | Subtotal For Claim Type 7100-00  General Unsecured 726(a)(2) | | | $168,764.65 | $0.00 | $168,764.65 |
| | Case Totals: | | | $670,459.81 | $0.00 | $670,459.81 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 9-09-bk-02634-FMD
Case Name: GOODMAN, DENNIS T
                     GOODMAN, KRISTEN R
Trustee Name: DIANE L. JENSEN

         Balance on hand                 $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 02-1 | Ford Motor Credit Company LLC | $ | $ | $ | $ |
| 03-1 | FIFTH THIRD MORTGAGE COMPANY | $ | $ | $ | $ |
| 08-1 | Bank of America, N.A. | $ | $ | $ | $ |
| 09-1 | Collier County Tax Collector | $ | $ | $ | $ |
| 17-1 | eCAST Settlement Corp | $ | $ | $ | $ |

     Total to be paid to secured creditors          $_____

     Remaining Balance          $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DIANE L. JENSEN | $ | $ | $ |
| Trustee Expenses: DIANE L. JENSEN | $ | $ | $ |
| Attorney for Trustee Fees: DIANE L. JENSEN | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses  $_____

Remaining Balance  $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 01-1 | Spirit of America National Bank/Lane Bryant | $ | $ | $ |
| 04-1 | American Express Centurion Bank | $ | $ | $ |
| 05-1 | Fifth Third Bank | $ | $ | $ |
| 06-1 | Fifth Third Bank | $ | $ | $ |
| 07-1 | Sallie Mae, Inc. on behalf of UNITED | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10-1 | PRA Receivables Management, LLC | $ | $ | $ |
| 11-1 | American Express Bank FSB | $ | $ | $ |
| 12-1 | American Express Bank FSB | $ | $ | $ |
| 14-1 | Fifth Third Bank | $ | $ | $ |
| 15-1 | American Express Centurion Bank | $ | $ | $ |
| 17-1 | eCAST Settlement Corp | $ | $ | $ |
| 18-1 | Roundup Funding, LLC | $ | $ | $ |
| 19-1 | Ford Motor Credit Company LLC | $ | $ | $ |

    Total to be paid to timely general unsecured creditors      $_____

    Remaining Balance      $_____

    Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____ percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE